■ In the Matter of MAX M. FARASH, Appellant, v RICHARD E. JACKSON, JR., as Commissioner of Department of Motor Vehicles of State of New York, Respondent. [738 NYS2d 627] —Appeal from a judgment (denominated order) of Supreme Court, Monroe County (Cornelius, J.), entered December 8, 2000, which dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. Present—Green, J.P., Hayes, Hurlbutt and Burns, JJ.

■ JAMES HOLMES et al., Appellants, v ANN MARSZALEK, Respondent. [739 NYS2d 301] —Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered April 11, 2001, which, inter alia, granted in part defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stander, J. Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.